# EXHIBIT T

## JUST SALAD, INC.

### SERVICIO DE ALIMENTOS DE CRÉDITO TIP TRABAJADOR AVISO 2017

Por favor, tenga en cuenta que se les paga por debajo del salario mínimo del Estado a causa de un crédito de propinas permitido por Nueva York y las leyes federales. La ley estatal permite a un empleador a tomar el crédito de $ 3.50 cuando el empleado tiene el derecho a participar en sus consejos generados por el negocio. Como tal, se les paga $ 7.50 por hora porque usted tiene derecho a una parte de los consejos durante su turno.

Por favor, firmar y fechar este formulario en el espacio provisto a continuación.

Print Name/*Nombre*

Signature/*Firma*

Date/*Fecha* 17/1/16

Date/*Fecha* 17/1/16

1



**JSC000090**